**State of Wisconsin**
Dept. of Workforce Development
Equal Rights Division

# Discrimination Complaint
## Wisconsin Fair Employment Law

ERD Case # CR 201701617

**For office use only**
RECEIVED
JUN 13 2017
DWD - EQUAL RIGHTS

Authorization for this form is provided under Section 111.39(1), Wisconsin Statutes. Personal information you provide may be used for secondary purposes [Privacy Law, s. 15.04(1)(m), Wisconsin Statutes].

**READ instructions on page two FIRST then type or print in black ink.**

## 1. Complainant Information

- First Name: FRED
- Middle Initial: L
- Last Name: PERRY
- Street Address/PO Box: 2858 NT 28 ST
- City: Milwaukee
- State: WI
- Zip Code: 53210
- Telephone Number: (414) 544-4588
- E-Mail Address: perryfred6248@gmail.com
- May we call the Complainant at work? ☐ Yes ☒ No — Unemployed
- Work Telephone Number: ( )  Ext.

## 2. Respondent Information

The company, agency, or union you believe discriminated against you. Name only ONE Respondent per form. **Do not name an individual person as Respondent.**

- Name: PACKERLAND RENT-A-MAT
- Street Address/PO Box: 12580 W ROHR AVE
- City: BUTLER, WI
- State: WI
- Zip Code: 53007
- Telephone Number: (262) 781-5321 Ext.
- In what Wisconsin county did the violation take place? WAUKESHA

## 3. CHECK ONLY THE BOXES THAT WERE THE REASON FOR DISCRIMINATION

If you checked a box with an *, the statement in that box must be completed.
I believe the Respondent(s) discriminated or took action against me **because**

- ☒ of my race,* which is BLACK
- ☐ of my conviction record
- ☐ of polygraph testing
- ☐ of my creed (religion)* which is _____
- ☒ of my age (40 or older)* 51 my date of birth is [redacted]
- ☐ of my military service
- ☐ of my sex,* which is _____
- ☐ of my marital status* which is _____
- ☐ of my use or nonuse of lawful products
- ☐ of my pregnancy or maternity
- ☐ of my sexual orientation* which is _____
- ☐ of genetic testing
- ☐ of my national origin/ancestry* which is _____
- ☒ of my color* which is BLACK
- ☐ of my arrest record
- ☐ of my disability* which is _____
- ☐ I filed a previous discrimination complaint with Equal Rights. Enter Case #CR
- ☒ I opposed discrimination in the workplace (refer to direction (c))
- ☒ I declined to attend a meeting or to participate in a communication about religious matters or political matters.
- ☐ I previously filed a family/medical leave complaint with the Equal Rights Division Enter Case Number: CR
- ☐ I testified or assisted with a discrimination complaint filed with the Equal Rights Division Enter Case Number: CR
- ☐ I previously filed a wage and hour complaint with the Equal Rights Division Enter Case Number: LS
- ☐ The employer believed that I was going to file a wage and hour complaint with the Equal Rights Division

## 4. Dates of discrimination (Required; estimate if unsure)

- Date the discrimination began? mm/dd/yyyy: 03/21/16 2016
- Date of the most recent discrimination? mm/dd/yyyy: 5/12/17

ERD-4206 (R. 08/2012)

## 5. Statement of discrimination:

Write a brief, concise statement explaining how you were discriminated against. Give the **date** each action occurred and the **name** of the person who took the action. Explain how each action(s) was related to the box(es) you checked in section #3 on page one. Include more 8 ½ x 11 pages if needed.

Complaint Attached 11 pages

## 6. Certification and Signature

By my signature below, I certify that I have read the above complaint, and, under penalties of law, I declare that this complaint is true and correct to the best of my knowledge and belief.

| Signature of Complainant or authorized representative | Date signed |
|---|---|
| [signature] | 6/12/17 |

Please complete Equal Rights Process Information Sheet on Page 4

The complaint alleges Packerland Rent A Mat and its manager John Ott of the carpet cleaning dept discriminated against Mr Fred Perry because of his race, color and age by hiring young white americans and putting them in charge of perry whom had more experience. Mr Perry also alleges John ott Ceated an hostile inviroment and harassed perry on a daily basis because perry spoke out on the discriminatory practices. Mr Perry contends that because he is black american and dark skined he has been unfairly treated differently than whites and that because of his color white american coworkers were giving more privilege by avoiding being disciplined by Packerland and carpet cleaning manager Mr Ott. Mr perry began working for Packerland in the month of June of 2015. Because Mr Perry resume showed an incredible history of his experience, he was ask by then supervisor Brain Ericson to train two white carpet cleaners employes whom were already employed at packerland as carpet cleaners and lack the experience perry had. Before perry began working at packerland they had lost many accounts

1

due to poor performance by those carpet techs because of poor performance. Perry was hired on as a fulltime employee in september 2015 by Mr Ericson for his good performance and the recouping of several accounts that was lost by the company. Mr perry had not only perform so well, his training made better cleaners of the white american coworkers. Although Ericson voluntary quit for a higher paying job in march of 2016 perry never recieved the raise ericson promised. Mr Ott became manager of the carpet cleaning dept in late march 2016. By then mr perry had been working for packerland nearly ten months without any complaint. During mr ott first few months mr ott began to harrass mr perry because perry had explained to him that since ericson quit and he became manager the young white americans are doing less work and milking the clock while perry did the most of the work and they were getting the credit. Mr Perry explained to Ott that he felt discriminated against base on race, color, age and work assignments because he allowed the white

2

americans to continue to do less work because they were white and because they were much younger than perry. Perry pointed out to Mr Ott that when he'd go too a assignment with the young white americans he would be doing more than 72% of the work at all times while the two white americans took repeated long cigarette, bathroom and lunch breaks during the work period and that it leaves perry to do most of the work. Moreover perry stated to ott that at sometimes you could not find the young white americans working for long periods of time because they would find areas to hide. Ott would often respond saying, " those guys doesnt have the experience you have dont worry about them just as long as the job gets done". Mr Perry continue to complain to ott that the young white americans are getting paid for no performance and thats its too much work for one person when there is three trucks with guy's and suggested ott to hire guys that was going to work because its making the company look bad!.There were three black american that eventually started working for packerland and

3

they complained to ott that the white americans was milking the clock as well. Those blacks were then fired, Ott continue to turn a blind eye and began harrassing perry on a daily basis sometime with threats stating,"get the job done or you are fired",.Although mr ott allowed the young white americans to milk the the clock with no disciplinary action, perry believe he was discriminated relating to the job assignments because was doing most of the assign job for three and perry believe he was discriminated because he was black and ott did not to combat the problem because they were white. Since Ott abusive authority against perry had now created an hostile inviroment and perry now feel a threat of losing his job for speaking out mr perry began to digitally measure his work to prove he has been doing the must work by documenting it on the return work order.Although there was now proof there were still no displinary action taken agaisnt the white americans by mr ott. Mr ott also aloud a coworker Aaron Landon a white american to text perry derogatory comments calling perry a punk

4

during a text conversation on the company phone regarding a job they had done together. Mr Landon had often became argumentive to customers, he'd began throwing things at customers and also disrespectful to customers and ott never discipline the white american for none of these incidents. Eventho perry trained landon, when landon went out alone he would often have complaint about his work. So in order to keep landon as an employee ott purchase an "eco 17" to make landons job more easier, the eco 17 was a failure as well and because he had been getting more complaints about his work Landon later voluntary quit. During the months from October 2016 thur April 2017 were the slower months for carpet cleaning and perry would spend most of his time sorting mats in the mat dept. Mr ott would harass perry saying things like "you listens to hate radio", " it had to take a black President to .... the country up", " We didnt need a black President to run are country", "Our white President Trump is going to do better job ". Mr ott harassment became so bad it created hostility and the manager in the

area Paul Bong had to tell ott to leave the area many times. This harassment still continued for months. After landon quit ott then hired another young white american in late march 2017 also a black american. Perry had trained both black and white americans through out his employment at packerland. As soon as the black american began working in late march of 2017, the black american was fired within three days after complaining to mr ott about Jeff Jonhson a young new white american not doing any work on several jobs they went out on together. Although perry trained both white and the black amercans employes, systematically all black employes trained by perry were terminated for complaining to mr ott about the white americans not doing their share of the work but getting paid for job as if they were. the following week march of 2017 after a week of hiring the young white american and firing the black american mr ott put new young white american in charge of perry this had been a pattern, after perry trained the white americans they were then put in charge although

6

none of the young white american had never clean carpets until then came to packerland for employment. After mr perry had a discussion with mr ott the same day of being apprised of the young white american in charge, mr perry said he didnt agree with the decision because the white american had only been employed for a week and perry had been their for nearly two years and had train all techs both black and white in the carpet cleaning department also that the new white american one week of on the job didnt qualify such promotion and ott was failing to promote perry instead. Perry also stated to mr ott he feels he is being discrimiated base on race, color and age Mr Ott then stated, " you can hand in your things and quit if you dont like it". It was at that time mr perry spoke nothing more on the subject and prepare his truck for the job that day. Mr ott then began retaliating against perry because perry spoke out about putting the young american in charge with no experience and failing to promote perry. For the weeks to come perry was giving very large jobs in retaliation for speaking out

7

to do by himself that required three carpet trucks to complete and was threaten by mr ott to either complete the jobs by himself or get fired; "however", on the other hand the young white american were giving small jobs and allowed to work together on that same job to help complete it. The harrasment had became so bad that mr ott even poped up at Mr Perry residence April 19th 2017 after perry called in to work stating he could not make it in to work because a tree had fell in his yard on top of his car and it destroyed power lines and he would have to make sure the tree would get remove from his parking area and the power lines were restored. Mr perry felt that it was harassment because when white americans would call in to miss days at work ott never question them nor required them to present in excuse. Even though perry had never miss a day of employment at packerland since he started working there in June of 2015 ott didnt believe mr perry had such a bad situation going on at home and thought perry was lying and looking for a reason too fire perry.Mr Perrys live in girl friend

8

was also apset when ott showed up at perry home because they would often have talks about otts harassment on the job and did not feel comfortable while he was there. Because mr ott had started lying to the customers that there would be three trucks on the job in which the customers request and were paying for, packerland carpet cleaning dept started to decline once again in sales. Since mr perry had been complaining to mr ott that the young white americans were milking the clock not doing any work while working with perry and the overload of work perry had been giving by himself, mr ott put more work on perry schedule for speaking out about it. Perry believe the additional work load was an attempt by ott for perry to quit.Mr perry would also complain to mr ott that when he work with the young white americans and there where three trucks at a job the white american would only use one of the trucks and help each other, this was found to be another method of milking the clock. The week of May 1st thru May5th mr perry was giving on a daily bases enough work for three trucks

9

by himself while the two white american were allowed to work on smaller jobs together. While doing a job may 6th which was a Saturday, perry and the new employed young white american whom ott had in charge was doing a job in downtown milwaukee when mr ott paid a visit. It was at that time perry had ask mr ott why he didnt send the guys over to help as he promised the customer and perry at the two large building in Brookfield WI.," because I needed some help over there and the customer was complaining about there being only one truck". Mr ott got very upset and said to perry "you are fired give me the keys to the truck, you can walk home". Perry told mr ott he was going to take the truck back to the shop because he had no way of getting back to his car and punching the time clock out. Mr ott stated "if you leave on the truck im going to call the police and report the truck stolen". Mr perry called his son for a ride home who was on his way to pick up perry, "however",mr ott had giving perry back the keys to the truck and perry continued too finish the job. Mr

10

perry believe mr ott only gave him the keys back because there was no one to drive it and he had his company van outside. Mr perry work one more week with packerland until he had been told to turn in his things and was discharged monday May 15th 2017 by mr ott. Perry alleges that he was wrongfully terminated harassed and discriminated against base on his age, color, race, job assignments and freedom of speech when he spoke out about the disparate treatment he had been subject too. Perry also believe Packerland violated its contract when he was terminated after being hired thru temporary agency.